

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00154-CV

**IN THE INTEREST OF K.A.H.** and K.J.M.H., Children

From the County Court at Law, Kendall County, Texas
Trial Court No. 08-0117CCL
The Honorable Cathy O. Morris, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE MARION, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. We GRANT appellate counsel's request to withdraw. We order that no costs shall be assessed against appellant because she is indigent.

SIGNED July 24, 2013.

_____
Sandee Bryan Marion, Justice